# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,** § | **Case No. _____** |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | |
| § | **Honorable Judge _____** |
| **BOUCHARD TRANSPORTATION CO.,** § | |
| **INC.,** *in personam*; **M/V EVENING** § | |
| **STAR, her engines, tackle, furniture,** § | |
| **apparel, appurtenances, etc.,** *in rem*; § | |
| **BARGE B. NO. 250, her engines, tackle,** § | |
| **furniture, apparel, appurtenances, etc.,** *in* § | |
| *rem*, § | |
| § | |
| **Defendants.** § | |
| § | |

TO: U.S. MARSHAL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

In the name of the United States District Court for the Southern District of New York and in accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, you are commanded to arrest the following vessels:

1. M/V Evening Star, Official Number 1234828; and

2. Barge B. No. 250, Official Number 1235496,

as well as each Vessel's engines, apparel, furniture, equipment, appurtenances, tackle, etc. (the "Vessels") and to detain same in your custody pending further order of this Court.

YOU ARE HEREBY further commanded to serve a copy of the Verified Complaint, the Order Authorizing Issuance of Warrant of Arrest, and this Warrant on the person in possession of each vessel or her agents, and promptly return your writ.

Dated:_____

United States District Court
Southern District of New York

By:_____