UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,** § § **Case No.** _____ § **Plaintiff,** § § v. § § **Honorable Judge** _____ **BOUCHARD TRANSPORTATION CO.,** § **INC.,** *in personam*; **M/V EVENING** § **STAR,** her engines, tackle, furniture, § apparel, appurtenances, etc., *in rem*; § **EX PARTE ORDER** **BARGE B. NO. 250,** her engines, tackle, § **AUTHORIZING THE ISSUANCE OF** furniture, apparel, appurtenances, etc., *in* § **WARRANT OF ARREST** *rem*, § § **Defendants.** § § | |

CAME ON FOR CONSIDERATION, Plaintiff Wells Fargo Bank, N.A. ("Wells Fargo"), Motion for Issuance of Warrant of Arrest, and the Court having reviewed the Verified Complaint in Admiralty, and having determined that the conditions for an *in rem* action appear to exist in compliance with Supplemental Admiralty Rule C and that the relief sought is proper, finds that Wells Fargo's Motion is meritorious and should be **GRANTED**.

It is therefore, **ORDERED, ADJUDGED,** and **DECREED** that a Warrant of Arrest be issued against the following vessels:

1. M/V Evening Star, Official Number 1234828; and

2. Barge B. No. 250, Official Number 1235496,

as well as each Vessel's engines, apparel, furniture, equipment, appurtenances, tackle, etc. (the "Vessels").

**IT IS FURTHER ORDERED** that the United States Marshal Service for the Southern District of New York seize the Vessels, serve a copy of this Order and the Verified Complaint with

- 2 -

said Warrant of Arrest on the person in charge of the Vessels or her agent, and return the warrant promptly; and

**IT IS FURTHER ORDERED** that the Vessels may be released from seizure without further order of this Court if the Marshal receives written authorization from the attorney who requested the seizure, and that such attorney advises that he has conferred with all counsel representing all of the parties to the litigation and they consent to the release, if the attorney files the consent and the Court has not entered any Order to the contrary.

SIGNED at _____New York_____ this _19_ day of _____June_____, 2020.

                                              __/s/ Laura Taylor Swain__
                                              UNITED STATES DISTRICT JUDGE