UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, N.A., <br><br> **Plaintiff,** <br><br> v. <br><br> BOUCHARD TRANSPORTATION CO., INC., *in personam*; M/V EVENING STAR, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem*; BARGE B. NO. 250, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem*, <br><br> **Defendants.** | § § § § § § § § § § § § § § § § § § § § § Case No. _____ <br><br> Honorable Judge _____ |

TO: U.S. MARSHAL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

In the name of the United States District Court for the Southern District of New York and in accordance with Supplemental Rule C for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, you are commanded to arrest the following vessels:

1. M/V Evening Star, Official Number 1234828; and

2. Barge B. No. 250, Official Number 1235496,

as well as each Vessel's engines, apparel, furniture, equipment, appurtenances, tackle, etc. (the "Vessels" and to detain same in your custody pending further order of this Court.

YOU ARE HEREBY further commanded to serve a copy of the Verified Complaint, the Order Authorizing Issuance of Warrant of Arrest, and this Warrant on the person in possession of each vessel or her agents, and promptly return your writ.

Dated: June 19, 2020

                                             United States District Court
                                             Southern District of New York

                                             By:/s/ Laura Taylor Swain
                                                 Laura Taylor Swain
                                                 United States District Judge