AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br><br>*Plaintiff(s)*<br>v.<br>BOUCHARD TRANSPORTATION CO., INC., in personam; M/V EVENING STAR, her engines, tackle, furniture, apparel, appurtenances, etc., in rem; BARGE B. NO. 250, her engines, tackle, furniture, apparel, ~~appurtenances, etc., in rem,~~<br>*Defendant(s)* | Civil Action No. 1:20-cv-04695 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  M/V Evening Star, her engines, tackle, furniture, apparel, appurtenances, etc., in rem
58 South Service Road, Suite 100
Melville, New York 11747
Suffolk County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jane Freeberg Sarma of Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
Email: jsarma@reedsmith.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                                *Signature of Clerk or Deputy Clerk*